**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROBERT RUSSO,

              Plaintiff,

– *against* –

UNITED STATES OF AMERICA,

              Defendant.

**ORDER**

20 Civ. 4999 (ER)

RAMOS, D.J.:

    Plaintiff filed this suit on June 30, 2020. Doc. 1. On December 23, 2020, Defendant filed a motion to dismiss the complaint. Doc. 12. On February 18, 2021, Plaintiff filed his opposition to the motion to dismiss, along with a motion for leave to amend his complaint and a proposed amended complaint. Docs. 18 and 20-1.

    Plaintiff is granted leave to amend his complaint and is directed to file his amended complaint by February 24, 2021 with the proper designation on ECF. Defendant's motion to dismiss is hereby denied as moot. Doc. 12. Defendant is granted leave to file a motion to dismiss in response to the amended complaint by March 17, 2021, Plaintiff is directed to file his opposition by April 7, 2021, and Defendant is directed to file its reply by April 14, 2021. Plaintiff is also granted leave to file a motion for jurisdictional discovery in accordance with the

same briefing schedule.  The Clerk of Court is respectfully directed to terminate the motions.

Docs. 12 and 18.

SO ORDERED.

Dated:   February 22, 2021
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.