**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT RUSSO,

                Plaintiff,
   -against-                                            20 **CIVIL** 4999 (ER)

                                                           **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 21, 2022, the government's motion to dismiss is GRANTED with prejudice. Russo's motion for jurisdictional discovery is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
       July 21, 2022

                                                            **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                               **BY:**    *K. Mango*
                                                            **Deputy Clerk**