UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT RUSSO,

                              Plaintiff,

          – against –

UNITED STATES OF AMERICA,

                              Defendant.

**ORDER**

20-cv-4999 (ER)

Ramos, D.J.:

On July 21, 2022, the Court issued an opinion granting the government's motion to dismiss with prejudice.  Doc. 44.  On appeal, the Second Circuit affirmed in part but vacated and remanded with instructions to modify the judgment to dismiss the case without prejudice.  Doc. 53.

Accordingly, the Clerk of Court is respectfully directed to modify the judgment (Doc. 45) to dismiss the case without prejudice and to close the case.

It is SO ORDERED.

Dated:    April 26, 2024
          New York, New York

                                        _____
                                        Edgardo Ramos, U.S.D.J.