**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT RUSSO,

                  Plaintiff,

-against-                                       20 **CIVIL** 4999 (ER)

                                           **AMENDED JUDGMENT**

UNITED STATES OF AMERICA,

                  Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 26, 2024, the Court issued an opinion granting the government's motion to dismiss with prejudice. Doc. 44. On appeal, the Second Circuit affirmed in part but vacated and remanded with instructions to modify the judgment to dismiss the case without prejudice. Doc. 53. Accordingly, the case is dismissed without prejudice.

**Dated:**  New York, New York

      April 26, 2024

                                                                **RUBY J. KRAJICK**

                                                                  Clerk of Court

                                   **BY:**

                                                                   **Deputy Clerk**